| | |
|---|---|
| 1 | **GREBEN & ASSOCIATES** |
|   | 1231 STATE STREET, SUITE 200 |
| 2 | SANTA BARBARA, CA 93101 |
|   | TELEPHONE: (805) 963-9090 |
| 3 | FACSIMILE: (805) 963-9098 |
| 4 | Jan A. Greben, State Bar No. 103464 |
|   | Joseph B. Adams, State Bar No. 194964 |
| 5 | |
| 6 | Attorney for Defendant |
|   | TEAM ENTERPRISES, INC. |

FILED

2005 AUG 16  P 3:30

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | | |
|---|---|---|
| RL&KM, INC., | | Case No. **CIV F-98-6363 REC DLB** |
| | Plaintiff, | |
| vs. | | |
| TEAM ENTERPRISES, INC., a New Mexico Corporation, dba ONE HOUR MARTINIZING; BAKMAN RANCH, a general partnership; BAKMAN INVESTMENT CO; BAKMAN RANCH; RICHARD L. BAKMAN; ROBERT BAKMAN; FRANK S. BAKMAN; DORIS J. BAKMAN, as trustee of the DORIS J. BAKMAN SURVIVOR'S TRUST and trustee of the FRANK S. BAKMAN EXEMPTION TRUST; PAULINE BAKMAN; WALTER W. BAKMAN; WALTER K. BAKMAN; PATRICIA BAKMAN and DOES 1-100, inclusive, | | **STIPULATION AND ORDER RE: DISMISSAL** |
| | Defendants | |
| AND RELATED CROSS-ACTIONS | | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that each claim, counterclaim, cross-claim, and request for relief asserted in the above-captioned action shall be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). This dismissal shall be and is subject to the terms of the settlement

1
STIPULATION AND ORDER RE: DISMISSAL

1  agreement entered into between the parties to this action.
2  **IT IS SO STIPULATED.**
3  Dated:                                    STOEL RIVES, LLP
4  7/7/05
5
6                                            LEE N. SMITH
                                             MICHAEL A. CAMPOS
7                                            Attorneys for Plaintiffs
                                             RL&KM, INC.
8
9
10 Dated: 7/12/05                             GREBEN & ASSOCIATES
11
12                                            JAN A. GREBEN
                                              JOSEPH B. ADAMS
13                                            Attorneys for Defendant/Cross-Claimant
                                              TEAM ENTERPRISES, INC.
14
15 Dated:                                     GIBSON, DUNN & CRUTCHER, LLP
16
17
18                                            CLIFTON J. MCFARLAND
                                              Attorney for Third-Party Defendant
19                                            R.R. STREET & CO, INC.
20 Dated:                                     FOLEY, BARON & METZGER, PLLC
21
22
23                                            RICHARD S. BARON
                                              Attorney for Third-Party Defendant
24                                            HOYT MANUFACTURING
25 ///
26 ///
27 ///
28 ///

2
STIPULATION AND ORDER RE: DISMISSAL

| | | |
|---|---|---|
| 1 | agreement entered into between the parties to this action. | |
| 2 | **IT IS SO STIPULATED.** | |
| 3 | Dated: | STOEL RIVES, LLP |
| 6 | | LEE N. SMITH<br>MICHAEL A. CAMPOS<br>Attorneys for Plaintiffs<br>RL&KM, INC. |
| 10 | Dated: | GREBEN & ASSOCIATES |
| 12 | | JAN A. GREBEN<br>JOSEPH B. ADAMS<br>Attorneys for Defendant/Cross-Claimant<br>TEAM ENTERPRISES, INC. |
| 15 | Dated: 7/11/05 | GIBSON, DUNN & CRUTCHER, LLP<br>[signature]<br>CLIFTON J. MCFARLAND<br>Attorney for Third-Party Defendant<br>R.R. STREET & CO, INC. |
| 20 | Dated: | FOLEY, BARON & METZGER, PLLC |
| 23 | | RICHARD S. BARON<br>Attorney for Third-Party Defendant<br>HOYT MANUFACTURING |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

1 | agreement entered into between the parties to this action.

2 | **IT IS SO STIPULATED.**

3 | Dated:                                              WASHBURN, BRISCOE & MCCARTHY

6 |                                                 MICHAEL A. CAMPOS
  LEE N. SMITH
  Attorneys for Plaintiffs
  RL&KM, INC.

10 | Dated:                                             GREBEN & ASSOCIATES

12 |      JAN A. GREBEN
   JOSEPH B. ADAMS
   Attorneys for Defendant/Cross-Claimant
   TEAM ENTERPRISES, INC.

15 | Dated:                                             GIBSON, DUNN & CRUTCHER, LLP

18 | CLIFTON J. MCFARLAND
   Attorney for Third-Party Defendant
   R.R. STREET & CO, INC.

20 | Dated: 7/19/05                                     FOLEY, BARON & METZGER, PLLC

23 | RICHARD S. BARON
   Attorney for Third-Party Defendant
   HOYT MANUFACTURING

25 | ///
26 | ///
27 | ///
28 | ///

| | | |
|---|---|---|
| 1 | Dated: 7/8/05 | LEACH, McGREEVY & LABRADOR |
| 2 | | |
| 3 | | [signature] |
| 4 | | PETER C. LABRADOR |
| | | Attorney for Third-Party Defendant |
| 5 | | HOYT MANUFACTURING |
| 6 | | |
| 7 | Dated: | STAMMER, McKNIGHT, BARNUM & BAILEY |
| 8 | | |
| 9 | | CELENE M.E. BOGGS |
| | | FRANK D. MAUL |
| 10 | | Attorneys for Third-Party Defendant |
| | | AMERICAN LAUNDRY MACHINERY, INC. |
| 11 | | |
| 12 | Dated: | SAGASER, FRANSON & JONES |
| 13 | | |
| 14 | | TIMOTHY JONES |
| | | Attorneys for Third-Party Defendants |
| 15 | | BAKMAN RANCH, a general partnership, |
| | | BAKMAN INVESTMENT CO. and BAKMAN |
| 16 | | RANCH, RICHARD L. BAKMAN, ROBERT |
| | | BAKMAN, FRANK S. BAKMAN, DORIS J. |
| 17 | | BAKMAN, as Trustee of THE DORIS J. |
| | | BAKMAN SURVIVOR'S TRUST and as |
| 18 | | TRUSTEE OF THE FRANK A. BAKMAN |
| | | EXEMPTION TRUST, DORIS J. BAKMAN and |
| 19 | | FRANK S. BAKMAN, as Trustees of THE |
| | | PAULINE BAKMAN TRUST, WALTER W. |
| 20 | | BAKMAN, WALTER K. BAKMAN, and |
| | | PATRICIA BAKMAN |
| 21 | | |
| 22 | Dated: | BAKER, MANOCK & JANSEN |
| 23 | | |
| 24 | | |
| 25 | | GLEN HOLDER |
| | | Attorneys for Third-Party Defendants |
| 26 | | JOHN ALBERT HALL, Individually and as |
| | | Trustee of the JOHN ALBERT HALL |
| 27 | | REVOCABLE TRUST |
| 28 | /// | |

3

STIPULATION AND ORDER RE: DISMISSAL

| | |
|---|---|
| 1  Dated: | LEACH, McGREEVY & LABRADOR |
| 2 | |
| 3 | |
| 4 | PETER C. LABRADOR |
|   | Attorney for Third-Party Defendant |
| 5 | HOYT MANUFACTURING |
| 6 | |
| 7  Dated: July 24, 2005 | STAMMER, McKNIGHT, BARNUM & BAILEY |
| 8 | *(signature)* |
| 9 | CELENE M.E. BOGGS |
|   | FRANK D. MAUL |
|   | Attorneys for Third-Party Defendant |
| 10 | AMERICAN LAUNDRY MACHINERY, INC. |
| 11 | |
| 12  Dated: | SAGASER, FRANSON & JONES |
| 13 | |
| 14 | TIMOTHY JONES |
|    | Attorneys for Third-Party Defendants |
| 15 | BAKMAN RANCH, a general partnership, |
|    | BAKMAN INVESTMENT CO. and BAKMAN |
| 16 | RANCH, RICHARD L. BAKMAN, ROBERT |
|    | BAKMAN, FRANK S. BAKMAN, DORIS J. |
| 17 | BAKMAN, as Trustee of THE DORIS J. |
|    | BAKMAN SURVIVOR'S TRUST and as |
| 18 | TRUSTEE OF THE FRANK A. BAKMAN |
|    | EXEMPTION TRUST, DORIS J. BAKMAN and |
| 19 | FRANK S. BAKMAN, as Trustees of THE |
|    | PAULINE BAKMAN TRUST, WALTER W. |
| 20 | BAKMAN, WALTER K. BAKMAN, and |
|    | PATRICIA BAKMAN |
| 21 | |
| 22  Dated: | BAKER, MANOCK & JANSEN |
| 23 | |
| 24 | |
| 25 | GLEN HOLDER |
|    | Attorneys for Third-Party Defendants |
| 26 | JOHN ALBERT HALL, Individually and as |
|    | Trustee of the JOHN ALBERT HALL |
| 27 | REVOCABLE TRUST |
| 28  /// | |

3

STIPULATION AND ORDER RE: DISMISSAL

```
 1
 2   Dated:                              LEACH, McGREEVY & LABRADOR
 3
 4
                                         PETER C. LABRADOR
 5                                       Attorney for Third-Party Defendant
                                         HOYT MANUFACTURING
 6
 7
 8   Dated:                              STAMMER, MCKNIGHT, BARNUM & BAILEY
 9
10
                                         CELENE M.E. BOGGS
11                                       FRANK D. MAUL
                                         Attorneys for Third-Party Defendant
12                                       AMERICAN LAUNDRY MACHINERY, INC.
13
14   Dated: 8/8/2005                     SAGASER, FRANSON & JONES
15
16
17                                       TIMOTHY JONES
                                         Attorneys for Third-Party Defendants
18                                       BAKMAN RANCH, a general partnership,
                                         BAKMAN INVESTMENT CO. and BAKMAN
19                                       RANCH, RICHARD L. BAKMAN, ROBERT
                                         BAKMAN, FRANK S. BAKMAN, DORIS J.
20                                       BAKMAN, as Trustee of THE DORIS J.
                                         BAKMAN SURVIVOR'S TRUST and as
21                                       TRUSTEE OF THE FRANK A. BAKMAN
                                         EXEMPTION TRUST, DORIS J. BAKMAN and
22                                       FRANK S. BAKMAN, as Trustees of THE
                                         PAULINE BAKMAN TRUST, WALTER W.
23                                       BAKMAN, WALTER K. BAKMAN, and
                                         PATRICIA BAKMAN
24
25   ///
26   ///
27   ///
28
```

| | |
|---|---|
| ~~Dated:~~ | LEACH, McGREEVY & LABRADOR |
| | |
| | PETER C. LABRADOR<br>Attorney for Third-Party Defendant<br>HOYT MANUFACTURING |
| Dated: | STAMMER, MCKNIGHT, BARNUM & BAILEY |
| | CELENE M.E. BOGGS<br>FRANK D. MAUL<br>Attorneys for Third-Party Defendant<br>AMERICAN LAUNDRY MACHINERY, INC. |
| Dated: | SAGASER, FRANSON & JONES |
| | TIMOTHY JONES<br>Attorneys for Third-Party Defendants<br>BAKMAN RANCH, a general partnership,<br>BAKMAN INVESTMENT CO. and BAKMAN<br>RANCH, RICHARD L. BAKMAN, ROBERT<br>BAKMAN, FRANK S. BAKMAN, DORIS J.<br>BAKMAN, as Trustee of THE DORIS J.<br>BAKMAN SURVIVOR'S TRUST and as<br>TRUSTEE OF THE FRANK A. BAKMAN<br>EXEMPTION TRUST, DORIS J. BAKMAN and<br>FRANK S. BAKMAN, as Trustees of THE<br>PAULINE BAKMAN TRUST, WALTER W.<br>BAKMAN, WALTER K. BAKMAN, and<br>PATRICIA BAKMAN |
| Dated: July 29, 2005 | BAKER, MANOCK & JANSEN<br><br>*[signature]*<br><br>GLEN HOLDER<br>Attorneys for Third-Party Defendants<br>JOHN ALBERT HALL, Individually and as<br>Trustee of the JOHN ALBERT HALL<br>REVOCABLE TRUST |

///

3

STIPULATION AND ORDER RE: DISMISSAL

1  **ORDER**

2  GOOD CAUSE APPEARING, it is hereby ORDERED that:

3  Each claim, counterclaim, cross-claim, and request for relief asserted in the above-
4  captioned action shall be and hereby is dismissed with prejudice pursuant to Federal Rule of
5  Civil Procedure 41(a)(1). This dismissal shall be and is subject to the terms of the settlement
6  agreement entered into between the parties to this action.

7  **IT IS SO ORDERED.**

9  Dated: Aug 15, 05

10  HON. ~~DENNIS BECK~~ Robert E Coyle
11  ~~MAGISTRATE~~ JUDGE OF THE UNITED STATES DISTRICT COURT